# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRADISH JOHNSON CO., LIMITED,** individually and as representative of all those similarly situated | CIVIL ACTION NO. 2:23-CV-07363 |
| | SECTION "J"(4) |
| VS. | JUDGE CARL J. BARBIER |
| **TENNESSEE GAS PIPELINE COMPANY, LLC and KINETICA ENERGY EXPRESS, LLC** | MAGISTRATE KAREN WELLS ROBY |

## ORDER

Considering the foregoing *Motion for Class Certification* **(Rec. Doc. 34)**,

**IT IS HEREBY ORDERED** that the motion is **WITHDRAWN**.  Consistent with the deadlines related to class certification set forth in the parties' *Joint Motion to Adopt Proposed Scheduling Order for Class Certification* (Rec. Doc. 40), the Plaintiff's *Motion for Class Certification* is withdrawn.

New Orleans, Louisiana, this 22nd day or August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE