UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRADISH JOHNSON CO., LIMITED,** individually and as representative of all those similarly situated, | CIVIL ACTION NO. 23-7363 |
| | SECTION "J"(3) |
| **VERSUS** | JUDGE CARL J. BARBIER |
| **TENNESSEE GAS PIPELINE COMPANY, L.L.C., et al.** | MAG. JUDGE EVA J. DOSSIER |

## SECOND SUPPLEMENTAL AND AMENDING CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bradish Johnson Co., Limited, individually and as representative of all those similarly situated, and in support of this Second Supplemental and Amending Class Action Complaint states as follows:

**I.**

Plaintiff re-alleges and incorporates by reference each and every allegation set forth in the First Amended Class Action Complaint except as amended herein.

**II.**

Plaintiff amends Paragraph 4 of the First Amended Class Action Complaint to read as follows:

**4.** Defendant Kinetica Energy Express, LLC ("Kinetica"), named as a defendant in its current capacity and as successor-in-interest to a portion of the pipeline rights-of-way at issue herein originally granted to TGP, is a Texas limited liability company having its principal place of business in Texas. The sole member of Kinetica is Kinetica Partners, LLC.

**III.**

Plaintiff adds Paragraphs 4.1 and 4.2 to the First Amended Class Action Complaint to name a new party defendant as follows:

**4.1** Defendant Kinetica Partners, LLC ("Kinetica Partners"), named as a defendant in its current capacity and as successor-in-interest to a portion of the pipeline rights-of-way at issue herein originally granted to TGP, is a Texas limited liability company having its principal place of business in Texas. On information and belief, and as set forth in Kinetica's Corporate Disclosure Statement in this matter, the sole member of Kinetica Partners is Eckard Midstream, LLC. Eckard Midstream, LLC is a Texas limited liability company whose sole member, Troy Eckard, is a natural person domiciled in Texas. Therefore, both Kinetica and Kinetica Partners are citizens of Texas exclusively.

**4.2** Defendants TGP, Kinetica, and Kinetica Partners are collectively referred to herein as the "Pipeline Defendants."

### IV.

Plaintiff amends Paragraph 67 of the First Amended Class Action Complaint to read as follows:

**67.** The pipelines running through the TGP ROWs include those denominated as the TGP 500-1 line, the TGP 500-2 line, and the TGP 527A-100 line. TGP is the current owner and operator of the TGP 500-2 line and portions of the TGP-500-1 line. Kinetica and Kinetica Partners currently own and operate portions of the TGP 500-1 line and all of the TGP 527A-100 line.

### V.

Plaintiff re-alleges and incorporates by reference the prayer for relief and demand for jury trial set forth in the First Amended Class Action Complaint.

Respectfully submitted,

/s/ Kevin E. Huddell
Gladstone N. Jones, III (LA Bar No. 22221)
Lynn E. Swanson (LA Bar No. 22650)
Kevin E. Huddell (LA Bar No. 26930)
John T. Arnold (LA Bar No. 31601)
Alayne Gobeille (LA Bar No. 33856)
Thomas F. Dixon (LA Bar No. 38952)
Rosa E. Acheson (LA Bar No. 39775)
**JONES SWANSON HUDDELL, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

James R. Swanson (LA Bar No. 18455)
Stephen J. Herman (LA Bar No. 23129)
Kerry J. Miller (#LA Bar No. 24562)
H.S. Bartlett III (LA Bar No. 26795)
Lance C. McCardle (LA Bar No. 29971)
E. Blair Schilling (LA Bar No. 35308)
Julie S. Meaders (LA Bar No. 39984)
Isabel A. Englehart (LA Bar No. 40354)
**FISHMAN HAYGOOD, LLP**
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250


S. Jacob Braud (LA Bar No. 28318)
**BALLAY, BRAUD & COLON, PLC**
8114 Highway 23, Suite 101
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9841
Facsimile: (504) 394-9945

A.M. "Tony" Clayton (LA Bar No. 1191)
D'Ann R. Penner (LA Bar No. 35545)
**CLAYTON, FRUGÉ, WARD & HENDRY**
3741 La. Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225)344-7000
Facsimile: (225) 383-7631

T. Taylor Townsend (LA Bar No. 20021)
**T. TAYLOR TOWNSEND, LLC**
320 Saint Denis Street
Natchitoches, Louisiana 71457
Telephone: (318) 238-3612
Facsimile: (318) 238-6103

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2025, I electronically filed the foregoing pleading using the CM/ECF System, which will send notice of the electronic filing to all counsel of record.

/s/ Kevin E. Huddell
    Kevin E. Huddell